United States District Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES GUNTER, | § | |
| *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:19-cv-2789 |
| ZEAMARINE CARRIER GMBH, ET AL., | § § § | |
| *Defendants.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 15, 2023 (Dkt. 81) and the objections thereto (Dkt. 89), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (Dkt. 81) is hereby **ADOPTED** by this court.

It is further **ORDERED** that Defendant Zeamarine Carrier GmbH's Motion for Summary Judgment (Dkt. 54) is **DENIED**.

**SIGNED** at Houston, Texas this **6th** day of March, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE